IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC. and<br>KAI PHARMACEUTICALS, INC.,<br><br>   Plaintiffs,<br><br>  v.<br><br>AUROBINDO PHARMA LIMITED and<br>AUROBINDO PHARMA USA INC.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 21-662 (UNA)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Adam L. Perlman, Benjamin J. Behrendt, David J. Lehr, Arlene L. Chow, Michelle L. Ernst, Marc N. Zubick and Yi Sun of LATHAM & WATKINS LLP to represent plaintiffs Amgen Inc. and KAI Pharmaceuticals, Inc. in this matter.

               MORRIS, NICHOLS, ARSHT & TUNNELL LLP

               */s/ Jack B. Blumenfeld*

               Jack B. Blumenfeld (#1014)
               Karen Jacobs (#2881)
               1201 North Market Street
               P.O. Box 1347
               Wilmington, DE  19899
               (302) 658-9200
               jblumenfeld@morrisnichols.com
               kjacobs@morrisnichols.com

               *Attorneys for Plaintiffs Amgen Inc. and*
               *KAI Pharmaceuticals, Inc.*

May 10, 2021

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Adam L. Perlman, Benjamin J. Behrendt, David J. Lehr, Arlene L. Chow, Michelle L. Ernst, Marc N. Zubick and Yi Sun is granted.

Dated: _____        _____
                                                                    United States District Judge

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the State of Maryland and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: May 7, 2021

/s/ *Adam L. Perlman*
Adam L. Perlman
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004-1304
(202) 637-2200

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: May 7, 2021

/s/ *Benjamin J. Behrendt*
Benjamin J. Behrendt
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004-1304
(202) 637-2200

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date:   May 10, 2021                              /s/ *David J. Lehr*
                                                                                         David J. Lehr
                                                                                         LATHAM & WATKINS LLP
                                                                                         555 Eleventh Street, NW, Suite 1000
                                                                                         Washington, DC  20004-1304
                                                                                         (202) 637-2200

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.


Date:  May 7, 2021                    /s/ Arlene L. Chow
                                      Arlene L. Chow
                                      LATHAM & WATKINS LLP
                                      1271 Avenue of the Americas
                                      New York, NY  10020
                                      (212) 906-1200

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the State of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date:   May 7, 2021                         /s/ Michelle L. Ernst
                                            Michelle L. Ernst
                                            LATHAM & WATKINS LLP
                                            1271 Avenue of the Americas
                                            New York, NY  10020
                                            (212) 906-1200

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Illinois, the State of New York and the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date:  May 10, 2021              /s/ Marc N. Zubick
                                 Marc N. Zubick
                                 LATHAM & WATKINS LLP
                                 330 North Wabash Avenue, Suite 2800
                                 Chicago, IL  60611
                                 (312) 876-7606

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of California and the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date:  May 7, 2021               /s/ Yi Sun
                                 Yi Sun
                                 LATHAM & WATKINS LLP
                                 12670 High Bluff Drive
                                 San Diego, CA  92130
                                 (858) 523-5415