IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMGEN INC. and | ) | |
| KAI PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-662 (MN) |
| | ) | (CONSOLIDATED) |
| AUROBINDO PHARMA LIMITED, | ) | |
| AUROBINDO PHARMA USA INC., | ) | |
| EUGIA PHARMA SPECIALTIES LIMITED, | ) | |
| AUROMEDICS PHARMA LLC, | ) | |
| MSN LABORATORIES PRIVATE LIMITED, | ) | |
| and MSN PHARMACEUTICALS, INC., | ) | |
| | | |
| Defendants. | | |

**MOTION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

pro hac vice Olivia Martzahn and David Y. Wang of LATHAM & WATKINS LLP to represent

plaintiffs Amgen Inc. and KAI Pharmaceuticals, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michelle Streifthau-Livizos*

Jack B. Blumenfeld (#1014)
Karen Jacobs (#2881)
Michelle Streifthau-Livizos (#6584)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
kjacobs@morrisnichols.com
mstreifthau-livizos@morrisnichols.com

*Attorneys for Plaintiffs Amgen Inc. and*
*KAI Pharmaceuticals, Inc.*

February 18, 2022

**<u>ORDER GRANTING MOTION</u>**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Olivia

Martzahn and David Y. Wang is granted.


Dated: _____          _____

                                                  United States District Judge

<u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date:   <u>February 18, 2022</u>          <u>/s/ Olivia Martzahn</u>

Olivia Martzahn
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004-1304
(202) 637-2200

<u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date:  <u>February 18, 2022</u>          <u>/s/ David Y. Wang</u>

David Y. Wang
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004-1304
(202) 637-2200

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 18, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 18, 2022, upon the following in the manner indicated:

Kenneth L. Dorsney, Esquire                                   *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494
*Attorneys for Defendants and Counterclaim*
*Plaintiffs Aurobindo Pharma Limited, Aurobindo*
*Pharma USA Inc., Eugia Pharma Specialties*
*Limited, and AuroMedics Pharma LLC*

Steven J. Moore, Esquire                                       *VIA ELECTRONIC MAIL*
James E. Nealon, Esquire
WITHERS BERGMAN LLP
1700 East Putnam Avenue, Suite 400
Greenwich, CT  06870-1366
*Attorneys for Defendants and Counterclaim*
*Plaintiffs Aurobindo Pharma Limited, Aurobindo*
*Pharma USA Inc., Eugia Pharma Specialties*
*Limited, and AuroMedics Pharma LLC*

Neal C. Belgam, Esquire                                       *VIA ELECTRONIC MAIL*
Eve H. Ormerod, Esquire
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE  19801
*Attorneys for Defendants MSN Laboratories Private*
*Limited and MSN Pharmaceuticals Inc.*

Caroline Sun, Esquire                                    *VIA ELECTRONIC MAIL*
Alan H. Pollack, Esquire
WINDELS MARX LANE & MITTENDORF, LLP
One Giralda Farms, Suite 100
Madison, NJ  07940
*Attorneys for Defendants MSN Laboratories Private*
*Limited and MSN Pharmaceuticals Inc*

/s/ Michelle Streifthau-Livizos
_____
Michelle Streifthau-Livizos (#6584)