**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMGEN INC. and<br>KAI PHARMACEUTICALS INC. | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 21-662 (MN) (Consolidated) |
| MSN LABORATORIES PRIVATE | ) |
| LIMITED and MSN PHARMACEUTICALS | ) |
| INC., and USV PRIVATE LIMITED | ) |
| | ) |
| Defendants. | ) |

**JOINT MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF
DELAWARE'S MAY 15, 2023 STANDING ORDER
ON PERSONAL DEVICES FOR TRIAL**

The parties respectfully move this Court for an order to exempt certain persons from the

District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession and

Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal

Building and United States Courthouse (the "May 15, 2023 Standing Order"). In support of this

motion the Parties state as follows:

1. The District of Delaware's May 15, 2023 Standing Order provides procedures to regulate

   the possession and use of personal electronic devices by visitors to the J. Caleb Boggs

   Federal Building and United States Courthouse, which requires *inter alia* for visitors to

   place personal electronic devices in a locked pouch provided by U.S. Marshalls. Paragraph

   4 of the May 15, 2023 Standing Order provides for certain exemptions to the Standing

   Order.

2. A trial is currently scheduled for November 15 through November 17th, in Courtroom 4A

   before Judge Noreika, with courtroom technology setup scheduled for November 14th.

3.  Some members of the Parties' teams do not meet the exemptions listed in Paragraph 4 of the May 15, 2023 Standing Order.

4.  The following persons that intend to appear at the trial set up and trial require access to their electronic devices, but do not have state issued bar cards or meet the exemptions listed in Paragraph 4 of the May 15, 2023 Standing Order:

- Arlene Chow, Esquire

- Michelle Ernst, Esquire

- Andrew Kerrick, Esquire

- Joseph Lasher, Esquire

- Richard Lowry, Esquire

- Olivia Martzahn, Esquire

- Adam Perlman, Esquire

- Wendy Whiteford, Esquire

- Alaina Whitt, Esquire

- Aldo Camacho, Trial Technician for Plaintiffs

- Ted Haw, Trial Technician for MSN

- Howard Ng, IT Specialist for Plaintiffs

- Derek Palisoul, Trial Technician for Plaintiffs

- Eric Pubentz, Trial Technician for Plaintiffs

- Kristen Fechner, Paralegal for Plaintiffs

- Cantrell Bernau, Paralegal for Plaintiffs

- Ritika Datta, Legal Assistant for MSN

- Alison Montera, Legal Assistant for Plaintiffs

- Michaela Shinn, Paralegal for Plaintiffs

- Bridget Turnelius, Paralegal for MSN

- Derek MacLean, Witness for Plaintiffs

- Dr. Kevin Martin, Expert for Plaintiffs

- Elizabeth Topp, Expert for Plaintiffs

- Kondal Reddy Bairy – Client representative

- Dr. Laird Forrest – Expert Witness

- Keith Klein – Expert Witness

- Eric Choi- Client representative

5.  WHEREFORE, the Parties respectfully request that the Court issue an order in the form of an executed version of this Motion, to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order.

Dated: November 8, 2023

 /s/ Kenneth L. Dorsney
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888- 6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendant MSN Laboratories Private Limited And MSN Pharmaceuticals Inc.*

 /s/ Karen Jacobs
Jack B. Blumenfeld (#1014)
Karen Jacobs (#2881)
Cameron P. Clark (#6647)
MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
kjacobs@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Plaintiffs Amgen Inc. and KAI Pharmaceuticals, Inc.*

/s/ *Veronica McCarty*
James M. Lennon (#4570)
Veronica McCarty (#6734)
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
jlennon@devlinlawfirm.com
vmccarty@devlinlawfirm.com

*Attorneys for Defendant USV Private Limited*

**SO ORDERED** this ___ day of _____, 2023.

_____
United States District Court Judge

4